## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re Administrative Subpoena No. 25-1431-014 | Civil Action No. _____ |

## **ORDER**

AND NOW, this _____ day of September, 2025, upon consideration of the Movants' Motion to Quash Subpoena Duces Tecum, any response thereto, and argument thereupon, it is hereby **ORDERED** that the Subpoena is hereby **Quashed** as to Requests 11, 12, and 13, and any and all other Requests to the extent that such Requests or sub-Requests call for the production of the identities or records of patients or their families of Children's Hospital of Philadelphia.

**BY THE COURT:**

_____
Judge, United States District Court