## CERTIFICATE OF SERVICE

The undersigned certifies that on this day he caused a true and correct copy of the foregoing Motion and corresponding Memorandum of Law to be served on the United States via electronic mail to the addresses below, pursuant to agreement of the parties. He further certifies that on September 23, 2025, he will cause service to be made on the United States at the following addresses via certified mail:

United States Attorney's Office
ATTN:  Civil Process Clerk
615 Chestnut Street,
Suite 1250
Philadelphia, PA 19106

U.S. Department of Justice
Justice Management Division
ATTN: Jolene Ann Lauria
950 Pennsylvania Avenue, NW
Room 1111
Washington, DC 20530

Ross S. Goldstein
Patrick Runkle
Scott B. Dahlquist
U.S. Department of Justice
Ross.Goldstein@usdoj.gov
Patrick.R.Runkle@usdoj.gov
Scott.B.Dahlquist@usdoj.gov

DATED: September 22, 2025                    /S/ Daniel Urevick-Ackelsberg
                                                                    Daniel Urevick-Ackelsberg