**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re Administrative Subpoena No. 25-1431-014 | 2:25-mc-00054 |

## UNOPPOSED MOTION TO PROCEED UNDER PSEUDONYM

1.     Movants, by and through their undersigned counsel, hereby seek authorization to proceed under pseudonyms in the above-captioned matter. In light of their status as parents of transgender youth or transgender individuals and the sensitivity of the medical records at issue in this case, Movants are concerned about the possibility they or their children may face bullying and harassment, discrimination, and violence if their names are made public. The maintenance of Movants' privacy and the privacy of their children is at the core of this case, and proceeding under pseudonym is in furtherance of that goal.

2.     Counsel for Movants and Counsel for the United States conferred via videoconference on September 19, 2025.

3.     On September 22, 2025, Counsel for the United States stated that the United States does not oppose the motion.

**WHEREFORE**, Movants respectfully request that this Court grant Movants' motion to proceed under pseudonym and permit Movants to proceed under pseudonyms during the duration of the above-captioned case.

1

Dated: September 22, 2025

By: /s/ Jill Steinberg
Jill Steinberg
J. Chesley Burruss
Kevin M. Hayne*
Elizabeth A. Lilly
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
215-665-8500
steinbergj@ballardspahr.com
burrussc@ballardspahr.com
haynek@ballardspahr.com
lillye@ballarspahr.com

Respectfully submitted,

By: /s/ Mary M. McKenzie
Mary M. McKenzie
Daniel Urevick-Ackelsberg
Meghan Binford
Olivia Mania
PUBLIC INTEREST LAW CENTER
2 Penn Center
1500 JFK Blvd., Suite 802
Philadelphia, PA 19102
267-546-1316
mmckenzie@pubintlaw.org
dackelsberg@pubintlaw.org
mbinford@pubintlaw.org
omania@pubintlaw.org

*Counsel for Movants*
*\*Pro hac vice forthcoming*

2