**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re Administrative Subpoena No. 25-1431-014 | 2:25-mc-00054 |

**ORDER**

AND NOW, this _____ day of September, 2025, upon consideration of Movants'

Unopposed Motion to Proceed Under Pseudonym, it is hereby **ORDERED** that Movants are

permitted to proceed under pseudonyms during the duration of the above-captioned case.

**BY THE COURT:**

_____
Judge, United States District Court