UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re Administrative Subpoena No. 25-1431-014 | 2:25-mc-00054-MAK |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter my appearance as counsel for Movants in the above-captioned matter:

- Parent A.A., on their own behalf and on behalf of Child A.A.
- Parent B.B., on their own behalf and on behalf of Child B.B.
- Parent C.C., on their own behalf and on behalf of Child C.C.
- Parent D.D., on their own behalf
- Child D.D., a former minor
- Parent E.E., on their own behalf and on behalf of Child E.E.

Dated: September 23, 2025         Respectfully submitted,

/s/ *Olivia Mania*_____
Olivia Mania (PA 336161)
PUBLIC INTEREST LAW CENTER
2 Penn Center
1500 JFK Blvd., Suite 802
Philadelphia, PA 19102
267-546-1305

**CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2025, I caused the foregoing Notice of Appearance to be electronically filed, served, and made available for viewing and downloading by the CM/ECF system on all counsel of record.

/s/ *Olivia Mania*
Olivia Mania