IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ADMINISTRATIVE<br>SUBPOENA NO. 25-1431-014 | : MISCELLANEOUS ACTION<br>:<br>:<br>: NO. 25-54 |

## ORDER

AND NOW, this 23rd day of September 2025, upon considering the Movants' unopposed Motion to proceed under pseudonym (ECF 2), representing the United States does not oppose the Motion, and further reviewing the Movants' Motion to quash (ECF 1) document requests eleven, twelve, thirteen or otherwise calling for the production of identities or health information of patients and their parents in the pending subpoena subject to our ongoing review of similar issues raised by the subpoenaed witness in No. 25-mc-39, it is **ORDERED** we:

1. **GRANT** the unopposed Motion (ECF 2) and allow the movants to proceed under pseudonym for good cause until further Order;

2. **WILL** resolve the Motion to quash (ECF 1) consistent with our ongoing review in No. 25-mc-39 but grant the Department of Justice leave to respond to this pending Motion (ECF 1) by no later than **October 6, 2025;** and,

3. **DIRECT** Movants' counsel serve this Order by email upon counsel for the Department of Justice and counsel for the subpoenaed witness in No. 25-mc-39 by no later than **September 24, 2025** and file a certificate of service confirming compliance no later than **September 25, 2025.**

_____
KEARNEY, J.