UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re Administrative Subpoena No. 25-1431-014 | 2:25-mc-00054 |
|---|---|

## CERTIFICATE OF SERVICE

Counsel for Movants certify that on September 23, 2025 they served via email this Court's September 23, 2025 Order (Dkt. No. 6) on counsel for Children's Hospital of Philadelphia and the United States of America, as follows:

1) Children's Hospital of Philadelphia

   a. Lawrence G. McMichael, lmcmichael@dilworthlaw.com
   b. Timothy J. Ford, tford@dilworthlaw.com
   c. Nina C. Spizer, nspizer@dilworthlaw.com
   d. Charles F. Connolly, cconnolly@akingump.com
   e. Martine E. Cicconi, mcicconi@akingump.com
   f. Raphael A. Prober, rprober@akingump.com

2) United States of America

   a. Ross Goldstein, ross.goldstein@usdoj.gov
   b. Patrick Runkle, patrick.r.runkle@usdoj.gov
   c. Scott B. Dahlquist, scott.b.dahlquist@usdoj.gov

1

Dated: September 24, 2025

Jill Steinberg
J. Chesley Burruss
Kevin M. Hayne*
Elizabeth A. Lilly
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
215-665-8500
steinbergj@ballardspahr.com
burrussc@ballardspahr.com
haynek@ballardspahr.com
lillye@ballarspahr.com

Respectfully submitted,

By: /s/ Daniel Urevick-Ackelsberg
Mary M. McKenzie
Daniel Urevick-Ackelsberg
Meghan Binford
Olivia Mania
PUBLIC INTEREST LAW CENTER
2 Penn Center
1500 JFK Blvd., Suite 802
Philadelphia, PA 19102
267-546-1316
mmckenzie@pubintlaw.org
dackelsberg@pubintlaw.org
mbinford@pubintlaw.org
omania@pubintlaw.org

*Counsel for Movants*
*\*Pro hac vice forthcoming*

2