IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

In re Administrative Subpoena No. 25-1431-014   :   Case Number: 2:25-mc-00054
:
:
:
:
:

ORDER

AND NOW, this _____ day of _____ 20___, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED. The Clerk is DIRECTED to add <u>Kevin Hayne</u>, Esquire as counsel for

- Parent A.A., on their own behalf and on behalf of Child A.A.,

- Parent B.B., on their own behalf and on behalf of Child B.B.,

- Parent C.C., on their own behalf and on behalf of Child C.C.,

- Parent D.D., on their own behalf, and on behalf of Child C.C.,

- and Parent E.E., on their own behalf, and on behalf of Child E.E.,

(collectively "Movants"). _____ is DIRECTED to request ECF filing access using their PACER Account.

☐ DENIED.

_____, J.