IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In re Administrative Subpoena No. 25-1431-014 : | Case Number: 2:25-mc-00054 |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the motion of Kevin Hayne, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed order, which, if granted, would permit such practice in this court was served on the following parties at the following addresses via certified mail and electronic mail:

United States Attorney's Office
ATTN: Civil Process Clerk
615 Chestnut Street,
Suite 1250
Philadelphia, PA 19106

U.S. Department of Justice
Justice Management Division
ATTN: Jolene Ann Lauria
950 Pennsylvania Avenue, NW
Room 1111
Washington, DC 20530

Ross S. Goldstein
Patrick Runkle
Scott B. Dahlquist
U.S. Department of Justice
Ross.Goldstein@usdoj.gov
Patrick.R.Runkle@usdoj.gov
Scott.B.Dahlquist@usdoj.gov

(Signature of Attorney)

_/s/ Kevin Hayne_
Kevin Hayne
(Name of Attorney)

Movants
(Name of Moving Party)

09/24/2025
(Date)