**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: ADMINISTRATIVE** | : | **MISCELLANEOUS ACTION** |
| **SUBPOENA NO. 25-1431-014** | : | |
| | : | |
| | : | **NO. 25-54** |
| | : | |
| | : | |

# ORDER

**AND NOW**, this 26th day of September 2025, upon considering the noncompliant Motion of Kevin Hayne, Esquire for admission *pro hac vice* (ECF 11), it is **ORDERED** the noncompliant Motion (ECF 11) is **DENIED** without prejudice to move compliant with our Policies and Procedures (July 2025) Section I.J.

**KEARNEY, J.**