IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number 2:25-MC-00054

### MOTION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I, MOVANT'S STATEMENT

I, Kevin Hayne the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent Movants. My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion. I have never been suspended from the practice of law in any jurisdiction or received any public reprimand by the highest disciplinary authority of any bar in which I have been a member. I confirm that I have in fact read the most recent edition of the Pennsylvania Rules of Professional Conduct and the Local Rules of this Court and agree to be bound by both sets of Rules for the duration of this case. If granted *pro hac vice* status, I will continue in good faith to advise counsel who moved for the *pro hac vice* admission of the current status of the case for which *pro hac vice* status has been granted and of all material developments in the case.

A. I state that I am currently admitted to practice in good standing in the following state jurisdiction:

| New York | 6/30/2022 | 5967526 |
|---|---|---|
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |

B. I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

*I am seeking to enter my appearance for* Movants

*Name of Attorney:* Kevin Hayne

*Firm Address:* 1735 Market St 51st Floor Philadelphia, PA 19103

*Telephone Number:* 215-864-819

*Email Address:* haynek@ballardspahr.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    9/30/2025                    /s/ Kevin Hayne
         *(Date)*                            *(Movant's signature)*

II., SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE

      The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of __Kevin Hayne__ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good. The undersigned member also confirms her continuing obligations under Section I.K. of Judge Mark A. Kearney's Policies and Procedures. The Movants require Kevin Hayne's admission because of his particular background and experience, along with his commitment to representing the Movants in this particular matter. Kevin Hayne has taken all steps required to apply for admission to the Pennsylvania Bar and is currently awaiting the results on the Uniform Bar Exam administered in July 2025 to complete his application. The position of all other counsel for Movants is that the motion should be granted.

| Jill Steinberg | *(signature)* | 11/3/2021 | 82127 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission Date) | Attorney ID Number |

SPONSOR'S OFFICE ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER

999 Peachtree St NE Suite 1600, Atlanta, GA 30309

steinbergj@ballardspahr.com

678-420-9417

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/30/2025                          *(signature)*
      (Date)                                           (Sponsor's signature)