IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re Administrative Subpoena No. 25-1431-014 | : <br> : <br> : <br> : <br> : <br> : | Case Number: 2:25-mc-00054 |

ORDER

AND NOW, this _____ day of _____ 20___, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED. The Clerk is DIRECTED to add <u>Kevin Hayne</u>, Esquire as counsel for

- Parent A.A., on their own behalf and on behalf of Child A.A.,
- Parent B.B., on their own behalf and on behalf of Child B.B.,
- Parent C.C., on their own behalf and on behalf of Child C.C.,
- Parent D.D., on their own behalf, and on behalf of Child C.C.,
- and Parent E.E., on their own behalf, and on behalf of Child E.E.,

<u>(collectively "Movants")</u>.    _____ is DIRECTED to request ECF filing access using their PACER Account.

☐ DENIED.

_____
, J.