IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ADMINISTRATIVE<br>SUBPOENA NO. 25-1431-014 | : MISCELLANEOUS ACTION<br>:<br>:<br>: NO. 25-54 |

## ORDER

AND NOW, this 30th day of September 2025, upon considering the Motion for admission *pro hac vice* (ECF 13), and good cause shown consistent with the Local Rules and our Policies, it is **ORDERED** the Motion (ECF 13) is **GRANTED** and Kevin Hayne, Esquire is admitted to practice in this case in this Court under Local Rule 83.5.2(b).[1]

KEARNEY, J.

---

[1] Counsel admitted to practice *pro hac vice* may register for an ECF E-Filer account in this District through the Court's website (http://www.paed.uscourts.gov/nextgen-cmecf).