UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ADMINISTRATIVE
SUBPOENA NO. 25-1431-014

Misc. Action No. 25-mc-00054-MAK

## NOTICE OF APPEARANCE

To the Clerk of Court and all parties of record:

Kindly enter my appearance in the above-captioned matter as counsel for the respondent, The United States of America.

Dated, this 3rd day of October, 2025.

Respectfully submitted,

_/s/ Ross S. Goldstein_
ROSS S. GOLDSTEIN
Assistant Director
Consumer Protection Branch
U.S. Department of Justice
P.O. Box 386
Washington, DC 20044
Tel: 202-353-4218
Fax: 202-514-8742
Ross.Goldstein@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2025, I caused the foregoing Notice of Appearance to be filed and served electronically and is available for viewing and downloading by CM/ECF system on all counsel of record.

Dated this 3rd day of October, 2025.

_/s/ Ross S. Goldstein_
ROSS S. GOLDSTEIN