**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: ADMINISTRATIVE** | : | **MISCELLANEOUS ACTION** |
| **SUBPOENA NO. 25-1431-014** | : | |
| | : | |
| | : | **NO. 25-54** |

# ORDER

**AND NOW**, this 21st day of November 2025, upon considering the patients' and former patients' Motion to limit (ECF 1) the scope of an administrative subpoena upon The Children's Hospital of Philadelphia, the Department of Justice's Opposition (ECF 16), the patients' Reply (ECF 17), the parties' Notices of supplemental authority (ECFs 18, 19), mindful of today's Order granting in part subpoenaed witness The Children's Hospital of Philadelphia's Motion to limit in related action No. 25-mc-39 and without addressing the standing of the patients and former patients relating to the subpoena upon The Children's Hospital of Philadelphia outside of today's Memorandum in No. 25-mc-39, it is **ORDERED** we **DENY** the patients' and former patients' Motion (ECF 1) as moot and **DIRECT** the Clerk of Court to **close** this action.

_____
**KEARNEY, J.**